## Commonwealth *v.* Vanderpool, Appellant.

Submitted December 10, 1970. *Michael J. Dowd,* for appellant; *C. Wayne Smyth,* First Assistant District Attorney, and *Maurice L. Epstein,* District Attorney, for Commonwealth, appellee.

Order affirmed.


## Commonwealth *v.* Watson, Appellant.

Submitted December 7, 1970. *David Zwanetz,* for appellant; *Steven H. Goldblatt* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.